| Case No.: | CV 21-03138 SB (MAAx) | Date: | June 3, 2021 |
|---|---|---|---|

| Title: | *Beverly Moistner et al v. Aerojet Rocketdyne Inc. et al* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **IN CHAMBERS: ORDER STRIKING**

The Court strikes the MOTION to Remand Case to Ventura filed by Plaintiffs Beverly Moistner, Todd Moistner., Dkt. No. 28, without prejudice to refiling in accordance with the Court's standing order (provided that the refiling is otherwise timely), *see* Dkt. No. 29.