UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 21-03138 SB (MAAx) | Date: | July 16, 2021 |

Title: *Beverly Moistner, et al. v. Aerojet Rocketdyne Inc., et al.*

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | Anne Kielwasser |
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):　　Attorney(s) Present for Defendant(s):

Not Present

Tammy Ann Tsoumas

David A. Klein

**Proceedings:　Motion to Remand Case, Dkt. No. 28**

　　Hearing held. Plaintiffs' counsel is not present. The Court will consider Rule 11 sanctions. The motion stands submitted.

0/02