JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY MOISTNER,<br><br>Plaintiff,<br><br>v.<br><br>AEROJET ROCKETDYNE INC. and THE BOEING COMPANY,<br><br>Defendants. | Case No. 2:21-cv-03138-SB-MAA<br><br>**FINAL JUDGMENT** |

For the reasons set forth in the separate order granting Defendants' motion to dismiss entered this day, it is

ORDERED AND ADJUDGED that Plaintiff Beverly Moistner shall take nothing on her claims against Defendants Aerojet Rocketdyne Inc. and The Boeing Company, and Plaintiff's action is DISMISSED on the merits with prejudice.

This is a Final Judgment.

Dated: February 14, 2022

 STANLEY BLUMENFELD, JR.
 UNITED STATES DISTRICT JUDGE

1